962 So.2d 379 (2007)
Edward WEBBER, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-4169.
District Court of Appeal of Florida, Fifth District.
July 31, 2007.
Edward J. Webber, Jr., Lowell, pro se.
Bill McCollum, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See LaFlower v. State, 929 So.2d 58 (Fla. 5th DCA 2006); Colon v. Irwin, 732 So.2d 428 (Fla. 5th DCA 1999).
SAWAYA, MONACO and LAWSON, JJ., concur.